```
United States Bankruptcy Court
Northern District of Alabama
```

In re:                                                                                   Case No. 13-70145-CMS
Charlene Harris                                                                          Chapter 13
        Debtor                          **CERTIFICATE OF NOTICE**

District/off: 1126-7         User: awalton            Page 1 of 2          Date Rcvd: Aug 15, 2013
                             Form ID: pdfall          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2013.
```
  db          +Charlene Harris,     75 Bear Trace,    West Blocton, AL 35184-2832
  cr          +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
 7934623      +Bass & Associates,    Attorney at law,    3936 E Fort Lowell Road Ste 200,    Tucson AZ 85712-1083
 7859185      +COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-7999
 7718314      +Capital One Bank,    P O Box 60599,    City of Industry CA 91716-0599
 7771625       Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
 7718315      +Chase Bank USA NA,    P.O. Box 15145,    Wilmington DE 19850-5145
 7718316      +EQUIFAX,    Post Office Box 740241,    Attn: Legal Department,    Atlanta GA 30374-0241
 7718317      +EXPERIAN,    P O Box 9554,   Allen TX 75013-9554
 7718318       HSBC Bank,    P O Box 5241,   Carol Stream IL 60197-5241
 7718320      +Malcolm S. Gerald & Assoc.,    332 S. Michigan Avenue,    Suite 600,    Chicago IL 60604-4318
 7718322      +TRANSUNION, LLC,    Post Office Box 1000,    Attn: Legal Department,    Chester PA 19016-1000
 7746848       Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA  50306-0438
 7718323      +Wells Fargo Financial Cards,    P O Box 660041,    Dallas TX 75266-0041
 7870003      +eCast Settlement Corporation,    Assignee of Capital One, N.A.,    c/o Bass & Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 7718313      +E-mail/Text: ally@ebn.phinsolutions.com Aug 16 2013 01:26:01     Ally Financial,    P O Box 380901,
                Minneapolis MN 55438-0901
 7756833      +E-mail/Text: ally@ebn.phinsolutions.com Aug 16 2013 01:26:01     Ally Financial Inc.,
                P.O. Box 130424,    Roseville, MN 55113-0004
 7724629       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 16 2013 01:28:57
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
 7765954      +E-mail/Text: BKRMailOps@weltman.com Aug 16 2013 01:27:36     Atlantic Credit and Finance, Inc.,
                c/o Weltman, Weinberg & Reis,    323 W. Lakeside Avenue,    Cleveland, OH 44113-1085
 7718319      +E-mail/Text: bankruptcy@ingramlawofficesllc.com Aug 16 2013 01:25:52     Ingram & Associates,
                P O Box 59729,    Birmingham AL 35259-9729
 7718321       E-mail/Text: bankruptcydpt@mcmcg.com Aug 16 2013 01:24:17     Midland Credit Management, Inc.,
                P. O. Box 60578,    Los Angeles CA 90060-0578
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 7866204*     +COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-7999
 7864755*     +COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-7999
                                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2013**                    Signature:    /s/ Joseph Speetjens

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2013 at the address(es) listed below:
              C David Cottingham    dcottingham@ch13tuscaloosa.com, dcottingham13@ecf.epiqsystems.com
              Marshall   Entelisano   on behalf of Debtor Charlene  Harris evet@marshall-lawfirm.com, Entelisanolawfirm@gmail.com
                                                                                                TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

**In the Matter of:**

Charlene Harris } **Case No: 13-70145-CMS13**
  SSN: XXX-XX-9385 }
    DEBTOR(S). }
}
}

## ORDER WITHDRAWING

This matter came before the Court on Tuesday, August 13, 2013 09:00 AM, for a hearing on the following:

  RE: Doc #22; Amended Chapter 13 Plan

Proper notice of the hearing was given and appearances were made by the following:

  C David Cottingham, Trustee
  Marshall Entelisano, attorney for Debtor

**It is therefore ORDERED ADJUDGED and DECREED that:**

  The Debtor's Amended Chapter 13 Plan (dkt #22) is WITHDRAWN.

Dated: 08/15/2013

/s/ C. MICHAEL STILSON
C. MICHAEL STILSON
United States Bankruptcy Judge